peals for the Fourth Circuit denied. *Mr. Richard Reid Rogers* for petitioner. *Mr. Leon T. Seawell* for respondent.

---

No. 897. JOHN RANDOLPH, ADMINISTRATOR, ETC., ET AL. *v.* BOUKER CONTRACTING COMPANY, AS OWNER OF SCOW 84-H. April 21, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Herman S. Hertwig* for petitioners. *Mr. George V. A. McCloskey* for respondent.

---

No. 904. JOHN COOK, ADMINISTRATOR, ETC. *v.* WASHINGTON, BALTIMORE & ANNAPOLIS ELECTRIC RAILROAD COMPANY. April 21, 1924. Petition for a writ of certiorari to the Court of Appeals of the State of Maryland denied. *Mr. J. Wethered Barroll* for petitioner. No appearance for respondent.

---

No. 907. JOE WIGINGTON *v.* UNITED STATES. April 21, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Robert H. Talley* for petitioner. *Mr. Solicitor General Beck* and *Mrs. Mabel Walker Willebrandt,* Assistant Attorney General, for the United States.

---

No. 908. F. P. BURTON, TRUSTEE, ETC., ET AL. *v.* J. D. WEATHERMAN. April 21, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Samuel A. Anderson* for petitioners. No appearance for respondent.

---

No. 913. JAMES C. DAVIS, DIRECTOR GENERAL OF RAILROADS, *v.* WILLIAM RADFORD COYLE, TRUSTEE, ETC. April

21, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Evan Shelby, Mr. John F. Finerty* and *Mr. John E. Walker* for petitioner. *Mr. Emory R. Buckner* for respondent.

No. 914. DETROIT CARRIER & MANUFACTURING COMPANY *v.* JOHN G. PERRIN. April 21, 1924. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Melville Church* for petitioner. *Mr. Albert M. Austin* for respondent.

No. 916. LEON SIGMAN *v.* MABEL G. REINECKE, ETC., COLLECTOR OF INTERNAL REVENUE. April 21, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. J. M. Sternhagen* and *Mr. Arnold R. Baar* for petitioner. *Mr. Solicitor General Beck* for respondent.

No. 781. EASTMAN KODAK COMPANY OF NEW YORK *v.* SOUTHERN PHOTO MATERIALS COMPANY. Error to the Circuit Court of Appeals for the Fifth Circuit. April 21, 1924. Petition for a writ of certiorari herein denied. *Mr. John W. Davis, Mr. Alex. W. Smith, Mr. Frank L. Crawford* and *Mr. Clarence P. Moser,* for plaintiff in error, in support of the petition. *Mr. Daniel MacDougald,* for defendant in error, in opposition to the petition.

No. 926. W. & A. FLETCHER COMPANY *v.* INTERNATIONAL MERCANTILE MARINE COMPANY. April 21, 1924. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Ira A. Campbell, Mr. John M. Woolsey* and *Mr. Clarence Bishop*